**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kimberly Ann Glaser<br>aka Kimberly A. Glaser<br>aka Kimberly Glaser<br>aka Kimberly A. Lamanna<br>aka Kimberly Ann Montello<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 19-11998 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for Wells Fargo Bank, N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates and index same on the master mailing list.

            Respectfully submitted,
            **/s/ Rebecca A. Solarz, Esq**
            Rebecca A Solarz, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322