```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                         Case No. 19-11998-mdc
Kimberly Ann Glaser                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 1           Date Rcvd: Apr 09, 2019
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db             +Kimberly Ann Glaser,    2253 Disston Street,    Philadelphia, PA 19149-1917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              IRWIN LEE TRAUSS    on behalf of Debtor Kimberly Ann Glaser itrauss@philalegal.org,
               irwin@trauss.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                               Chapter: 13
    Kimberly Ann Glaser
                  Debtor(s)                Bankruptcy No: 19–11998–mdc

***O R D E R***

**AND NOW,** this 1st day of April 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 4/5/2019
    Atty Disclosure Statement due 04/12/2019
    Chapter 13 Plan due by 04/12/2019
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
    Form 122C–1 Due 04/12/2019
    Means Test Calculation Form 122C–2 – If Applicable – Due: 04/12/2019
    Schedules AB–J due 04/12/2019
    Statement of Financial Affairs due 04/12/2019
    Summary of Assets and Liabilities Form B106 due 04/12/2019

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

6
Form 130