IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Kimberly Glaser            :    CHAPTER 13

       Debtor                :    BANKRUPTCY NO. 19-11998

**O R D E R**

AND NOW, this 16th day of April, 2019, upon consideration of the debtor's application for extension of time to file Debtor's schedules, it is hereby ORDERED that said application is GRANTED and that the debtor shall have until April 29, 2019 in which to file the required documents.

*Magdeline D. Coleman*

Magdeline D. Coleman
Bankruptcy Judge

cc:    Irwin Trauss, Esquire
      Philadelphia Legal Assistance
      718 Arch Street, Suite 300 N
      Philadelphia, PA 19106

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107