United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11998-mdc
Kimberly Ann Glaser                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia         Page 1 of 1           Date Rcvd: Apr 16, 2019
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db             +Kimberly Ann Glaser,    2253 Disston Street,    Philadelphia, PA 19149-1917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
              IRWIN LEE TRAUSS    on behalf of Debtor Kimberly Ann Glaser itrauss@philalegal.org,
               irwin@trauss.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wells Fargo Bank, N. A. as Trustee for the
               Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Kimberly Glaser            :        CHAPTER 13

        Debtor                      :        BANKRUPTCY NO. 19-11998

**O R D E R**

AND NOW, this  16th  day of  April , 2019, upon consideration of the debtor's application for extension of time to file Debtor's schedules, it is hereby ORDERED that said application is GRANTED and that the debtor shall have until April 29, 2019 in which to file the required documents.

_____
Magdeline D. Coleman
Bankruptcy Judge

cc:    Irwin Trauss, Esquire
       Philadelphia Legal Assistance
       718 Arch Street, Suite 300 N
       Philadelphia, PA l9l06

       William C. Miller, Esquire
       Chapter 13 Standing Trustee
       1234 Market Street
       Suite 1813
       Philadelphia, PA 19107