**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 19-11998-MDC

KIMBERLY A GLASER

2253 DISSTON STREET

PHILADELPHIA, PA 19149-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KIMBERLY A GLASER

    2253 DISSTON STREET

    PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

    IRWIN LEE TRAUSS
    718 ARCH ST
    SUITE 300 N
    PHILADELPHIA, PA 19106-

Date: 11/1/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee