Case 19-11998-mdc   Doc 99   Filed 12/04/21   Entered 12/05/21 00:34:24   Desc Imaged
Certificate of Notice   Page 1 of 3

United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11998-mdc |
| Kimberly Ann Glaser | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: 155 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Ann Glaser, 2253 Disston Street, Philadelphia, PA 19149-1917 |
| 14317279 | + | City of Phila. Dept. of Water Revenue, Bankruptcy Department, P.O. Box 41496, Philadelphia, Pennsylvania 19101-1496 |
| 14317278 | + | City of Phila. Dept. of Water Revenue, 1401 John F Kennedy Blvd Ste 4, Philadelphia, Pennsylvania 19102-1607 |
| 14317283 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, Pennsylvania 19122-2898 |
| 14317284 | + | Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14317285 | + | SPS Select Portfolio Services, Attn: Bankruptcy Dept., P.O. Box 65250, Salt Lake City, Utah 84165-0250 |
| 14317286 | | SPS Select Portfolio Servicing, Inc., PO Box 65277, Salt Lake City, Utah 84165-0277 |
| 14303123 | + | Select Portfolio Servicing, c/o Rebeca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14467866 | + | Wells Fargo Bank National Assoc., c/o Fred W. Hoensch, Esq., 135 Market Street, 11th Floor, Philadelphia, PA 19106 |
| 14339363 | | Wells Fargo Bank, N. A. et al.,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14317288 | + | Wells Fargo Bank, N.A. as Trustee, 3217 S. Decker Lake Drive, Salt Lake City, Utah 84119-3284 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14370019 | | Email/Text: megan.harper@phila.gov | Dec 02 2021 23:23:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14317280 | + | Email/Text: bankruptcynotices@dcicollect.com | Dec 02 2021 23:23:00 | DIVERSIFIED CONSULTANTS, P.O. Box 551268, Jacksonville, Florida 32255-1268 |
| 14317281 | | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 23:39:14 | JC PENNEY, P.O. Box 965007, Orlando, Florida 32896-5007 |
| 14317282 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 02 2021 23:23:00 | PECO Energy Company, 2301 Market Street, Philadelphia, Pennsylvania 19103-1380 |
| 14306089 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2021 23:39:30 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14317287 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 02 2021 23:23:00 | Verizon, PO Box 650584, Dallas, Texas 75265-0584 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2021 | Form ID: 155 | Total Noticed: 17 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021                    Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BONNIE R. GOLUB | on behalf of Mediator Bonnie Golub (Mediator) bgolub@weirpartners.com  imarciniszyn@weirpartners.com |
| FRED W. HOENSCH | on behalf of Defendant WELLS FARGO BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1,ASSET-BACKED PASS-THROUGH CERTIFICATES fred.hoensch@piblaw.com, casenotifications@piblaw.com |
| FRED W. HOENSCH | on behalf of Defendant Select Portfolio Servicing  Inc. fred.hoensch@piblaw.com, casenotifications@piblaw.com |
| IRWIN LEE TRAUSS | on behalf of Debtor Kimberly Ann Glaser itrauss@philalegal.org  irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Plaintiff Kimberly Ann Glaser itrauss@philalegal.org  irwin@trauss.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISSA EDWARDS | on behalf of Defendant WELLS FARGO BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1,ASSET-BACKED PASS-THROUGH CERTIFICATES marissa.edwards@piblaw.com |
| MARISSA EDWARDS | on behalf of Defendant Select Portfolio Servicing  Inc. marissa.edwards@piblaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kimberly Ann Glaser
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−11998−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this December 2, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

97
Form 155