United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11998-mdc |
| Kimberly Ann Glaser | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 05, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly Ann Glaser, 2253 Disston Street, Philadelphia, PA 19149-1917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BONNIE R. GOLUB | on behalf of Mediator Bonnie Golub (Mediator) bgolub@weirpartners.com  imarciniszyn@weirpartners.com |
| FRED W. HOENSCH | on behalf of Defendant Select Portfolio Servicing  Inc. fred.hoensch@piblaw.com, casenotifications@piblaw.com |
| FRED W. HOENSCH | on behalf of Defendant WELLS FARGO BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1,ASSET-BACKED PASS-THROUGH CERTIFICATES fred.hoensch@piblaw.com, casenotifications@piblaw.com |
| IRWIN LEE TRAUSS | on behalf of Plaintiff Kimberly Ann Glaser itrauss@philalegal.org  irwin@trauss.com |
| IRWIN LEE TRAUSS | on behalf of Debtor Kimberly Ann Glaser itrauss@philalegal.org  irwin@trauss.com |
| KENNETH E. WEST | |

District/off: 0313-2                         User: admin                                              Page 2 of 2
Date Rcvd: Jul 05, 2022                      Form ID: 195                                        Total Noticed: 1

ecfemails@ph13trustee.com   philaecf@gmail.com

KENNETH E. WEST
          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com   philaecf@gmail.com

MARISSA EDWARDS
          on behalf of Defendant WELLS FARGO BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-FRE1,ASSET-BACKED PASS-THROUGH CERTIFICATES marissa.edwards@piblaw.com

MARISSA EDWARDS
          on behalf of Defendant Select Portfolio Servicing  Inc. marissa.edwards@piblaw.com

REBECCA ANN SOLARZ
          on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Kimberly Ann Glaser : Case No. 19−11998−mdc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 5, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

115
Form 195